UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHELSEA L. CHARPENTIER,
    Plaintiff,

v.                                       C.A. No. 12-312 S

CAROLYN W. COLVIN, Acting
Commissioner of Social
Security,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Patricia A. Sullivan filed on January 17, 2014, (ECF #15) in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Reverse or Remand Commissioner's Decision is GRANTED and Defendants' Motion for an Order Affirming the Decision of the Commissioner is DENIED. The matter is hereby REMANDED to the Commissioner for further proceedings.

ENTER:

_____
William E. Smith
Chief U.S. District Judge

Date: 2/11/14